UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL ACTION NO. 06-115-DLB

**BRITTANY COMBS,**                                                                                    **PLAINTIFF**

**V.**

**SOUTHERN LANES SPORTS CENTER, LLC,**                                   **DEFENDANT**

**MEMORANDUM ORDER**

The court's scheduling order directed the parties to complete discovery on or before June 29 and to file a status report on that date. The parties timely filed a joint status report which in part seeks additional time to complete pretrial discovery. The parties also represent that they are engaged in settlement discussions and remain open to the possibility of a court-facilitated settlement conference at the close of discovery.

Although the parties request a conference with the court to discuss the extension of deadlines, it is not the practice of this court to convene conferences for ministerial matters. Accordingly, **IT IS ORDERED:**

1. The parties' joint status report [DE #13] is construed as a joint request for the extension of the discovery deadline and is **granted;**

2. All discovery shall be commenced in time to be completed on or before **August 29, 2007** with additional status reports to be filed on or before the same date;

3. Should the parties desire a court-facilitated settlement conference, they shall include in their report(s) a list of not fewer than three mutually agreeable dates on which to convene such a conference;

4. All other pretrial deadlines as stated in the scheduling order of January 3, 2007 shall

stand;

     5. To the extent further extension is requested, the parties shall file a motion prior to the expiration of the deadline for which extension is sought. If the motion is jointly sought or unopposed, the body of the motion or memorandum accompanying the motion should so inform the court.

     This the 2nd day of July 2007.

Signed By:
**J. Gregory Wehrman**
United States Magistrate Judge